**Order entered November 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01010-CR

### DAVID CARY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81636-2011**

## ORDER

The motion of Wyoming Liberty Group for admission of Benjamin T. Barr *pro hac vice*

is **GRANTED**.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE